# Exhibit A

Filed
D.C. Superior Court
01/17/2020 12:24PM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET

Stephenie Roe
vs
Sentenial Insurance Co LM

Case Number: _____
Date: 1/17/20

☐ One of the defendants is being sued in their official capacity.

Name: (Please Print) Thoms Willey
Firm Name: Law Office Thomy Willey
Telephone No.: 301 294 3434
Six digit Unified Bar No.: 413510

Relationship to Lawsuit
☑ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☐ Non-Jury   ☑ 6 Person Jury   ☐ 12 Person Jury
Demand: $ 225,000   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____ Judge: _____ Calendar #: _____
Case No.: _____ Judge: _____ Calendar#: _____

NATURE OF SUIT:   (Check One Box Only)

A. CONTRACTS                                 COLLECTION CASES

☑ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
      Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
      Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
      Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
      Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
      Under $25,000 Consent Denied

B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass

C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile, Not Malpractice)

☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**
- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [x] 05 Ejectment
- [ ] 09 Special Writ/Warrants (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

**II.**
- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)
- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-1519 (a)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)
- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

**D. REAL PROPERTY**
- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)
- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_/s/_ _____     1/17/20 _____
Attorney's Signature                           Date



Superior Court of the District of Columbia
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Stephanie Roe
_____
Plaintiff

vs.

Centennial Insurance Company, Limited
_____
Defendant

Case Number _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Thomas Witkop
_____
Name of Plaintiff's Attorney

932 Hungerford Drive Suite 4B
_____
Address
Rockville, MD 20850

301 294 3434
_____
Telephone

加電翻譯,請打電話 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오   ያማርኛ ትርጉም (202) 879-4828 ይደውሉ

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]   Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

Stephanie Roe
_____
                                            Demandante
                   contra                                    Número de Caso: _____

Sentennial Insurance Company, Limited
_____
                                            Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Thomas Witkop
_____                    *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

932 Hungerford Drive Suite 4B
_____    Por: _____
Dirección                                                    Subsecretario
Rockville, MD 20850
_____

301 294 3434
_____    Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Dể có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828로 연락주십시오        ኣማርኛ ትርጉም ለማግኘት (202) 879-4828 ደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desean conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev June 2017]                                                                 Super. Ct. Civ. R. 4

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Ms. Stephanie Roe  
714 Rock Creek Road  
Charlottesville, VA 22903  
      Plaintiff

vs.      Civil No.

Sentinel Insurance Company, Limited  
(As part of "The Hartford")  
Serve: President, Vice President or Other Officer  
One Hartford Plaza  
Hartford, CT 06155  
Defendant

## COMPLAINT FOR DAMAGES

The plaintiff, Stephanie Roe, by her attorney, Thomas Witkop, sues the defendants and states as follows:

1. Plaintiff, Stephanie Roe is an individual who resides in Charlottesville, Virginia.
2. Sentinel Insurance Company, Limited, as part of "The Hartford" ("Sentinel Insurance") is a corporation which is authorized to provide insurance policies and has substantial business contacts with the District of Columbia.
3. This court has jurisdiction pursuant to Section 11-921 of the Code of the District of Columbia and venue is proper because the events took place in the District of Columbia.

Facts

4. B Smith Interiors, LLC at all relevant times was a business operating in the District of Columbia. B Smith Interiors, through its agent, Brian Smith, purchased a business liability/umbrella liability insurance policy ("the policy") provided by Sentinel Insurance.
5. The policy was purchased through the agent Federal Insurance Federation, Inc. (Federal Insurance) sometime prior to 21 October 2014. At the time of purchase, Brian Smith, explained that he had an interior design business and he needed insurance coverage for his business and for his day-to-day risks in running the business including operating his motor vehicle while engaging in his business.
6. The representative for Federal Insurance understood the requirements of Brian Smith and in exchange for valuable consideration, sought to have the necessary coverage extended.
7. Sentinel Insurance issued a policy, policy number 42 SBA ZK0582 which included business liability coverage as well as umbrella liability provisions. The policy had bodily injury and property damage coverage of $1 million per occurrence.
8. On 21 October 2014 Stephanie Roe was injured in a bicycle accident in Washington DC when she collided with a door opened by Brian Smith. Stephanie Roe was violently flung

off of her bicycle and crashed onto the street; she suffered immediate and grievous injuries to her body including a fracture to her upper arm.

9. Stephanie Roe is an extremely energetic, athletic, intelligent, educated and adventurous young woman born in 1982; while obtaining her doctorate from the University of Virginia she traveled the world climbing mountains, exploring the oceans and delving into other cultures; this accident curtailed her ability to engage in these activities.

10. On the day the accident she was taken to George Washington University hospital and it was determined that she suffered a proximal humerus fracture-her left upper arm was broken in three places. She returned to George Washington University hospital on 27 October 2014 and was determined her fracture was not healing correctly and she needed surgery. On 29 October 2014 she underwent open reduction and internal fixation of her proximal humerus in which a metal plate and screws were inserted into her shoulder to hold the realigned pieces in place. That she began physical therapy on 6 November 2014 and concluded physical therapy in August 2015. Her surgeon believes that she will have persistent disability from this injury. Currently she has a surgical scar of approximately 8 inches long on her shoulder.

11. Stephanie Roe was out of work from 21 October until 1 December 2014 and her title was Senior Land-Use Consultant earning at the time $77,700 annually. Her lost income was just under $10,000.

12. Her past medical expenses were in excess of $80,000.

13. At the time of the accident, Brian Smith was making a bank deposit on behalf of his business and was in the scope of his employment and within the terms of his policy coverage. Brian Smith was current in his insurance payments.

14. Stephanie Roe filed suit against Brian Smith in the Superior Court for the District Of Columbia.

15. Brian Smith had a primary policy of automobile insurance with State Farm with policy limits of $100,000. Brian Smith was represented by able counsel. As the lawsuit worked its way through discovery towards trial Stephanie Roe was able to prove her extensive damages and a settlement was reached between plaintiff and Brian Smith.. Based upon the proof presented a judgment by consent was submitted to the Superior Court against Brian Smith in the amount of $225,000 Which was filed on 30 January 2018. State Farm partially satisfied that judgment with a policy limits payment of $100,000.

16. Sentinel Insurance was aware of the above proceedings. By letter of 18 January 2017 Sentinel Insurance determined that, "there is no duty under the terms of the policy to defend and/or indemnify Brian Ray Smith in this matter."

17. Brian Smith, for valuable consideration assigned to Stephanie Roe any and all claims, demands, rights, benefits and causes of action that Brian Smith has or might have under policies sold to Brian Smith by Sentinel Insurance in a document executed by both Stephanie Roe and Brian Smith in October 2017.

I. BREACH OF CONTRACT (Sentinel Insurance)

18. Plaintiff incorporates paragraphs 1 through 17 herein.

19. Brian Smith purchased the policy which included $1 million of coverage for the above accident. Stephanie Roe standing in the shoes of Brian Smith acquired the benefits of that policy for the above accident.

20. Brian Smith made a demand on Sentinel Insurance to provide defense and coverage for the above accident. Sentinel Insurance had a contractual obligation to provide such defense and coverage.

21. Sentinel Insurance declined to provide such defense and coverage as evidenced by their letter of 18 January 2017 and on that date breached their contractual obligation to Brian Smith as well as to Stephanie Roe standing in the shoes of Brian Smith.

22. Stephanie Roe standing in the shoes of Brian Smith suffered damages as a result of this breach of contract in that she has not been properly compensated for her injuries.

Wherefore, the premises considered, Stephanie Roe demands of the defendant an amount in excess of $225,000, less any credits for which the defendant is due, plus costs, and any other relief this court deems just and proper.

Respectfully submitted,

Thomas G. Witkop
Attorney for Plaintiff
Bar 413500
932 Hungerford Drive, Suite 4B
Rockville, Maryland  20850
marylandattorney@Gmail.com
(301) 294 3434

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a six person jury trial on each and every issue as contained herein.

Thomas G. Witkop